ROBERT J. WOOD, Appellant, v. WARDEN,
NEVADA STATE PRISON, Respondent.

No. 7283

January 22, 1975                    530 P.2d 423

*Horace R. Goff,* State Public Defender, Carson City, for
Appellant.

*Robert List,* Attorney General, Carson City; *Larry R. Hicks,*
District Attorney, and *Kathleen M. Wall,* Assistant Chief Dep-
uty District Attorney, Washoe County, for Respondent.


## OPINION

*Per Curiam:*

The central issue raised in this appeal from an order denying
post-conviction relief has previously been considered and
rejected in Williams v. State, 85 Nev. 169, 451 P.2d 848
(1969). Cert. denied, 396 U.S. 916 (1969). Other issues are
equally without merit. Johnson v. Warden, 89 Nev. 476, 515
P.2d 63 (1973); Howard v. State, 84 Nev. 599, 446 P.2d 163
(1968). Cf. Anglin v. State, 90 Nev. 287, 525 P.2d 34
(1974); Founts v. Warden, 89 Nev. 280, 511 P.2d 111
(1973).

The order of the district court is affirmed.